**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GINA LEVIN, | Civil Action No. 12-140 (SDW) (MCA) |
| Plaintiff, | |
| v. | **ORDER** |
| STEVEN LILIEN, ESSEX ORAL SURGERY GROUP, P.A., | |
| Defendants. | October 18, 2012 |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION**
**OF THE MAGISTRATE JUDGE**

This matter comes before this Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed September 14, 2012, regarding Defendant's motion to dismiss the complaint pursuant to Federal Rule of Civil Procedure 12(b)(1), and Plaintiff's cross motions for leave to amend her complaint pursuant to Federal Rule of Civil Procedure 15(a)(2) and to remand this action to state court.

This Court has reviewed the R&R as well as the briefs and documents pertaining to the motion on file in this matter. Based on the foregoing, and for good cause shown,

**IT IS**, on this 18th day of October, 2012,

**ORDERED** that the R&R of Magistrate Judge Arleo filed September 14, 2012, is **ADOPTED** by this Court; and it is further

**ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that Plaintiff's motion to amend the complaint is **DENIED**, and it is further

2

**ORDERED** that Plaintiff's motion to remand this case to state court is **DENIED**.

<u>s/ Susan D. Wigenton, U.S.D.J.</u>

cc:  Clerk
     Magistrate Judge Madeline C. Arleo
     Parties